**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BURNSCRAFT MANUFACTURING CORPORATION, d/b/a National Rent-A-Fence Company, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-2769 |
| NATIONAL CONSTRUCTION RENTALS, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The court has reviewed *in camera* the documents submitted at the plaintiff's request that were withheld from production and listed on the defendant's privilege log as numbers 6, 8, and 14. The court finds and concludes that each of the documents is protected by the attorney-client privilege and that no basis is present to order production.

SIGNED on August 27, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge